UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-23385-KMM

ANGIE WILLIAMS,

Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUSE LINES
a Liberian corporation,

Defendant.
_______________________________________________/

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER AND/OR MOVE TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Carnival Corporation d/b/a Carnival Cruise Line (hereinafter, "Defendant" or "Carnival"), by and through undersigned counsel, hereby files this Motion for an Enlargement of Time to Answer and/or Move to Dismiss Plaintiff's Complaint, and in support thereof states as follows:

1. Plaintiff, Angie Williams, filed this instant action on September 4, 2024. [D.E. 1]. Carnival was served September 5, 2024, making their deadline to respond to Plaintiff's Complaint September 26, 2024. [D.E. 1].
2. Undersigned counsel was only recently retained on Carnival's behalf and has not yet received the complete case file for this matter and/or had an opportunity to review and investigation Plaintiff's allegations.
3. Carnival respectfully requests ten (10) days, up through and including Monday, October 7, 2024, to answer and/or move to dismiss Plaintiff's Complaint.

4. Plaintiff's counsel has no objection to the requested enlargement of time.
5. Rule 6(b)(1) permits the Court for good cause to enlarge the time for meeting any deadline. Fed. R. Civ. P. 6(b)(1). *See also United States v. McCutcheon*, 86 F.3d 187, 190 (11th Cir. 1998) ("The Court enjoys broad discretion in deciding how to best manage the cases before it.").
6. Carnival respectfully submits that good cause exists for the requested enlargement of time and that this motion is made in good faith and with no purpose of any improper delay.
7. Defendant further respectfully submits that the requested enlargement will not prejudice any party.
8. A proposed Order is attached herein as Exhibit 1.

**WHEREFORE**, Defendant, Carnival Corporation, respectfully requests that the Court grant its unopposed Motion for Enlargement of Time to Answer and/or Move to Dismiss Plaintiff's Complaint up to and including Monday, October 7, 2024, in addition to any further relief as this Honorable Court deems just and equitable.

**L.R. 7.1 Certificate of Conferral**

I hereby certify that the undersigned counsel has conferred with Plaintiff's counsel and that counsel advise that Plaintiff does not oppose the relief sought in this motion.

**Respectfully submitted,**

By: */s/ Lauren Rose*

LUIS E. LLAMAS (Fla. Bar No.: 0089822)
LAUREN S. ROSE (Fla. Bar No.: 115743)
JONES WALKER, LLP
201 S. Biscayne Blvd, Suite 3000
Miami, FL 33131
Tel: (305) 679-5700
Email: llamas@joneswalker.com
lrose@joneswalker.com

*Counsel for Defendant Carnival Corporation d/b/a Carnival Cruise Line*